Theresa L. Pfeiffer SBN 85528
202 University Avenue
Los Gatos, California 95030
Telephone:     (408) 354-8384

Attorney for Plaintiff
Tito Dhanota

Suzanne B. Gifford SBN 34893
General Counsel
Richard A. Katzman SBN 91349
Assistant General Counsel
Santa Clara Valley Transportation Authority
3331 North First Street, C-2
San Jose, California 95134
Telephone: (408) 321-5550

Attorneys for Defendant Santa Clara
Valley Transportation Authority

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 6/16/05*

| | |
|---|---|
| Khushvinder "Tito" Dhanota,<br><br>         Plaintiff,<br><br>   v.<br><br>Santa Clara Valley Transportation Authority, et al.,<br><br>         Defendants. | Case No.  C05 00603 RMW<br><br>**STIPULATION AND ORDER RE CONTINUANCE OF HEARING DATE FOR INITIAL CASE MANAGEMENT CONFERENCE** |

Plaintiff Tito Dhanota and Defendant Santa Clara Valley Transportation Authority by and through their respective counsel, jointly ask the Court to continue the initial case management conference set for June 17, 2005 at 10:30 a.m.

STIPULATION AND PROPOSED ORDER RE
CONTINUANCE OF INITIAL CASE
MANAGEMENT CONFERENCE DATE

C05  00603  RMW

1     The reason for the request for continuance is that all necessary parties have not yet answered, since two of such parties were only recently served, and the other two have not yet been served. The parties made an attempt to settle the case prior to the service of the other parties, and Plaintiff only sent the papers out for service on the other parties when the attempt to settle the matter failed. Thus this request for a continuance of the case management conference to a date two to three months away, at the Court's convenience, when all parties will be before the Court.

Dated: _____
                                      Theresa L. Pfeiffer
                                      Attorney for Plaintiff Frank Salinas

Dated: _____
                                      Richard A. Katzman
                                      Attorney for Defendant Santa Clara Valley
                                      Transportation Authority

**ORDER**

Based on the stipulation of the parties, and good cause appearing therefor, the initial case management conference in the above case is continued from June 17, 2005 at 10:30 a.m. to <u>July 29, 2005</u> at <u>1030 a.m.</u> before this Court.

SO ORDERED.

Dated: <u>6/16/05</u>     <u>/s/ Ronald M. Whyte</u>
Ronald M. Whyte
Judge
United States District Court
San Jose Division

STIPULATION AND PROPOSED ORDER RE
CONTINUANCE OF INITIAL CASE
MANAGEMENT CONFERENCE DATE

C05 00603 RMW