1  Theresa L. Pfeiffer SBN 85528
   202 University Avenue
2  Los Gatos, California 95030
   Telephone:     (408) 354-8384
3
   Attorney for Plaintiff
4  Tito Dhanota

5  Suzanne B. Gifford SBN 34893
   General Counsel
6  Richard A. Katzman SBN 91349
   Assistant General Counsel
7  Santa Clara Valley Transportation Authority
   3331 North First Street, C-2
8  San Jose, California 95134
   Telephone: (408) 321-5550
9
   Attorneys for Defendant Santa Clara
10 Valley Transportation Authority

11

12
                       UNITED STATES DISTRICT COURT
13
                      NORTHERN DISTRICT OF CALIFORNIA
14
                              SAN JOSE DIVISION
15
                                                *E-FILED - 7/28/05*
16
   Khushvinder "Tito" Dhanota,              Case No.  C05 00603 RMW
17
                  Plaintiff,                **STIPULATION AND
18                                          ORDER RE DISMISSAL OF CASE**

19          v.

   Santa Clara Valley Transportation Authority,
20 et al.,

21                Defendants.

22

23

24
        Plaintiff Tito Dhanota and Defendant Santa Clara Valley Transportation Authority by and
25
   through their respective counsel, jointly ask the Court to dismiss the above action without prejudice.
26

27

28
                                                        STIPULATION AND PROPOSED ORDER RE
                                                        DISMISSAL OF CASE

                                                        C05  00603  RMW

1
2  Dated: _____
3          Theresa L. Pfeiffer
         Attorney for Plaintiff Frank Tito Dhanota
4
5  Dated: _____
         Richard A. Katzman
6        Attorney for Defendant Santa Clara Valley
         Transportation Authority
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND PROPOSED ORDER RE
DISMISSAL OF CASE

C05  00603  RMW

## **ORDER**

      Based on the stipulation of the parties, and good cause appearing therefor, the above encaptioned case is dismissed without prejudice.

Dated: 7/28/05

/S/ RONALD M. WHYTE

Ronald M. Whyte
Judge
United States District Court
San Jose Division